AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT
## Northern District of California

| UNITED STATES OF AMERICA<br>v.<br>Anna Cantu | COMMITMENT TO ANOTHER DISTRICT<br>(DEFENDANT OUT OF CUSTODY) |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | | 07-mj-70739-PVT | |

CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN
☒ Indictment  ☐ Information  ☐ Complaint  ☐ Other (specify)

charging a violation of  18, 8  U.S.C. §  371, 1325(c)

DISTRICT OF OFFENSE:  Eastern District of Virginia

DESCRIPTION OF CHARGES:  Conspiracy, Marriage Fraud

CURRENT BOND STATUS:
☒ Bail fixed at _____ and defendant is released on bond
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)
Bond, if any, shall be transferred to the District of Offense

| Representation: | ☐ Retained Own Counsel | ☐ Federal Defender Organization | ☒ CJA Attorney | ☐ None |
|---|---|---|---|---|
| Interpreter Required? | ☒ No | ☐ Yes | Language: | |

12/13/07  _____ Patricia V. Trumbull
Date                   United States Judge or Magistrate Judge

## RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |