BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant CANTU

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-70739 PVT |
| Plaintiff, | DEFENDANTS' MOTION FOR TRAVEL AUTHORIZATION; DECLARATION OF COUNSEL |
| v. | |
| JARED CANTU, ANNA CANTU, | HON. PATRICIA V. TRUMBULL |
| Defendants. | |

    Defendants Jared and Anna Cantu hereby apply to this Court for an order authorizing their travel to Lassen County, California, from December 21, 2007, to December 26, 2007. Mr. and Mrs. Cantu have provided an itinerary to Officer Wiegel of Pretrial Services. This application is based upon the declaration of counsel, filed and served herewith.

    Defense counsel for Jared Cantu has spoken with Jerry Fong, attorney for Anna Cantu, and he is joining in the filing of this proposed travel request.

    Undersigned counsel has discussed this request with Officer Laura Wiegel of Pretrial Services, who is supervising Mr. and Mrs. Cantu, and she states that she has no objections to the proposed travel request.

    Undersigned counsel has spoken with Assistant United States Attorney Jeffrey B. Schenk, who has no objections to the proposed travel request.

APP. FOR TRAVEL ORDER
No. CR 07-70739 PVT    1

1   I, Lara S. Vinnard, am an Assistant Federal Public Defender assigned to handle this
2   matter for my office. By signing and filing this application, I hereby declare under penalty of
3   perjury that the facts asserted in support of the request are true and correct.

Dated: 12/17/07

                                              Respectfully submitted,

                                              BARRY J. PORTMAN
                                              Federal Public Defender


                                              _____/s/_____
                                              LARA S. VINNARD
                                              Assistant Federal Public Defender