IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-70739 PVT |
| ) | |
| Plaintiff, ) | **[PROPOSED]** ORDER AUTHORIZING TRAVEL |
| ) | |
| v. ) | |
| ) | HON. PATRICIA V. TRUMBULL |
| JARED CANTU, ANNA CANTU, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

Upon application of defendants and good cause appearing,

IT IS HEREBY ORDERED that defendants Jared and Anna Cantu be permitted to travel to Lassen County, from December 21, 2007, to December 26, 2007. United States Pretrial Services Officer Wiegel has been provided with Mr. and Mrs. Cantu's itinerary. Mr. and Mrs. Cantu shall notify Officer Wiegel of their departure prior to leaving the Northern District of California. All other terms and conditions of release shall remain in full force and effect.

DATED:

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

1