# UNITED STATES DISTRICT COURT
## Northern District of California
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5363

RECEIVED

December 14, 2007

Office of the Clerk
USDC Eastern District of Virginia
193 Walter E. Hoffman United States Courthouse
Norfolk, VA 23510-1915

2007 DEC 20 P 1: 20

[DISTRICT COURT
NORFOLK, VIRGINIA]

**Filed**

JAN 0 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Case Name: **US-v-Jared Cantu, & Anna Cantu**
Case Number: **5-06-70739-PVT (Your Case#: CR-2:07cr219)**
Charges: **Conspiracy, Marriage Fraud**

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Patricia V. Trumbull. The following action has been taken:

(X)  The U.S. Marshal has been ordered to remove this defendant to your district forthwith.
(X)  The defendants have a court appearance in your court on:
     1/2/08 @ 9:00AM before Mag. Bradford Stillman

Enclosed are the following documents:
  original Rule 5 affidavit
  original minute orders
  certified copy of *AO 94, Commitment to Another District*
  certified docket sheets

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: *Cita Escolano*
Case Systems Administrator

Enclosures
cc: Financial Office

---

Receipt of the above-described documents is acknowledged herewith and assigned case number:

Date: 12-28-07

CLERK, U.S. DISTRICT COURT

By [signature]
Deputy Clerk